# COMPOSITE EXHIBIT "2"

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Nelly Rojas</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>Windham Associates, Inc</u>
Defendant

---

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

### III.    TYPE OF CASE     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☐ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

 2

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ yes
  ☒ no

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ yes
  ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Thomas John Patti III       Fla. Bar # 118377
   Attorney or party            (Bar # if attorney)

Thomas John Patti III          10/02/2020
 (type or print name)           Date

Filing # 114343160 E-Filed 10/02/2020 01:18:54 PM

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | NOTICE TO APPEAR FOR PRETRIAL CONFERENCE (File in Quadruplicate) | CASE NUMBER |
|---|---|---|
| ☒ CIVIL ☐ OTHER | | 2020-022308SP-05 SP05 SECTION NO. |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | SERVICE |
|---|---|---|
| NELLY ROJAS | WINDHAM ASSOCIATES, INC d/b/a N | DEC 0 2 2020   11.20 a Served Date:   Time: Christopher Kady #237 2nd Judicial Circuit |

DEFENDANT(S) TO BE SERVED AT:

CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASSEE, FL

32301-2525

CLOCK IN

STATE OF FLORIDA

NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at:

73 West Flagler St., Miami, Florida, Sixth Floor, Courtroom 6-4 on  Jan. 27 , 20 21 .
at  10:30  A.M., for pretrial conference before a Judge of this Court. Section #  05

"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

**IMPORTANT-READ CAREFULLY**

**THE CASE WILL NOT BE TRIED AT THAT TIME.**

**DO NOT BRING WITNESSES — APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case

**IMPORTANT – SEE REVERSE**

CLK/CT. 389 Rev.04/15                                            Clerk's w



S-3695968 - JJL PROCESS
WINDHAM ASSOCIATES,

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:**

1. Where the contract was entered into.

2. If the suit is on an unsecured promissory note, where the note is signed or where the maker resides.

3. If the suit is to recover property or to foreclosure a lien, where the property is located.

4. Where the event giving rise to the suit occurred.

5. Where any one or more of the defendants sued reside.

6. Any location agreed to in a contract.

7. In any action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

| **HARVEY RUVIN**<br>**CLERK OF THE COURTS** | BY: _____<br>DEPUTY CLERK | DATE<br><br>NOV 1 8 2020 |
|---|---|---|
| COPY TO   ☐ Mailed   ☐ Hand-Delivered  ☐ Plaintiff<br><br>☐ Attorney   ☐ Process Server  ☐ Sheriff | | COURT<br>SEAL |
| **FILED BY:** | | |
| **ADDRESS:** | | |
| **TELEPHONE:** | | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**IMPORTANT – SEE REVERSE**

# IMPORTANT INSTRUCTIONS FOR SMALL CLAIMS HEARINGS DUE TO THE COVID – 19 PANDEMIC

## Downtown Courthouse

## YOUR HEARING WILL TAKE PLACE
## BY VIDEO OR PHONE BY USING ZOOM

## <u>DO NOT GO TO THE COURTHOUSE</u>

## YOU WILL NOT BE LET IN DUE TO COVID 19!
## LOOK AT THE DATE AND TIME ON YOUR SUMMONS TO KNOW WHEN TO LOG INTO ZOOM

<u>INSTRUCTIONS FOR YOUR VIRTUAL COURT APPEARANCE BY ZOOM</u>

1. **YOUR HEARING WILL TAKE PLACE ON THE DAY AND TIME THAT IS ON YOUR SUMMONS YOU RECEIVED WITH THESE INSTRUCTIONS BUT IT WILL TAKE PLACE BY ZOOM – NOT IN PERSON AT THE COURTHOUSE.**
Zoom is <u>free</u> to all users. You can access Zoom using a computer, tablet, or smartphone. Alternatively, you may use a regular phone, which will allow you to appear by phone, but not by video.

*Follow these Instructions:*

1. At the time of your hearing, log into Zoom as follows.
   *To access the Virtual Courtroom using a computer, tablet, or smartphone:*
   1. Your computer, tablet, or smartphone must have a camera and microphone and it must be connected to the internet
   2. Open an internet browser and go to https://zoom.us/j/9146193014 to be taken directly to the Virtual Courtroom
      or
   3. Log in to your registered Zoom account and enter meeting ID 914 619 3014

   *To access the Virtual Courtroom using only a telephone:*
   1. Dial 1-786-635-1003
   2. When prompted, enter meeting ID 914 619 3014 and press #
   3. You do not need a participant ID

The date and time on the summons is the same. The only change is how the hearing will be held.

## YOU MUST APPEAR IN THE VIRTUAL COURTROOM BY ZOOM, NOT AT THE COURTHOUSE AT THE TIME LISTED ON THE FIRST PAGE OF YOUR SUMMONS.

## FAILURE TO APPEAR ON ZOOM FOR YOUR SCHEDULED HEARING MAY RESULT IN A JUDGMENT BEING ISSUED AGAINST YOU.

**See next page for further information**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Aliean Simpkins, L.E.T Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Filing # 114343160 E-Filed 10/02/2020 01:18:54 PM

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ OTHER | **NOTICE TO APPEAR<br>FOR PRETRIAL CONFERENCE**<br><br>(File in Quadruplicate) | **CASE NUMBER**<br><br><br>SP05 SECTION NO. |
|---|---|---|
| **PLAINTIFF(S)**<br>NELLY ROJAS | **VS.   DEFENDANT(S)**<br>WINDHAM ASSOCIATES, INC d/b/a N | **SERVICE** |

**DEFENDANT(S) TO BE SERVED AT:**

CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASSEE, FL

32301-2525

CLOCK IN

**STATE OF FLORIDA**

**NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at:

73 West Flagler St., Miami, Florida, Sixth Floor, Courtroom 6-4 on _____, 20_____.

at _____ . M., for pretrial conference before a Judge of this Court. Section # _____.

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at**
**www.dadecountyprobono.org."**

**IMPORTANT-READ CAREFULLY**

**THE CASE WILL NOT BE TRIED AT THAT TIME.**

**DO NOT BRING WITNESSES — APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

**IMPORTANT – SEE REVERSE**

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:**

1. **Where the contract was entered into.**

2. **If the suit is on an unsecured promissory note, where the note is signed or where the maker resides.**

3. **If the suit is to recover property or to foreclosure a lien, where the property is located.**

4. **Where the event giving rise to the suit occurred.**

5. **Where any one or more of the defendants sued reside.**

6. **Any location agreed to in a contract.**

7. **In any action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

| **HARVEY RUVIN**<br>**CLERK OF THE COURTS** | BY:_____<br>DEPUTY CLERK | DATE |
|---|---|---|
| COPY TO   ☐ Mailed    ☐ Hand-Delivered   ☐ Plaintiff<br><br>           ☐ Attorney    ☐ Process Server   ☐ Sheriff | | **COURT<br>SEAL** |

**FILED BY:**

**ADDRESS:**

**TELEPHONE:**

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IMPORTANT – SEE REVERSE**

Filing # 114343160 E-Filed 10/02/2020 01:18:54 PM

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |
| ☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |

| DIVISION | | |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ FAMILY<br>☐ OTHER | **CIVIL COVER SHEET** | CASE NUMBER: _____<br><br>JUDGE _____ |

| PLAINTIFF | VS. DEFENDANT | CLOCK IN |
|---|---|---|
| NELLY ROJAS | WINDHAM ASSOCIATES, INC d/b/a N/ | |

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**AMOUNT OF CLAIM**

**Please indicate the estimated amount of the claim, rounded to the nearest dollar. $** 2,500.00

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☐ Contracts and Indebtedness
☐ Eminent domain
☐ Auto Negligence
☐ Negligence - Other
    ☐ Business Governance
    ☐ Business Torts
    ☐ Environmental/Toxin Tort
    ☐ Third Party Indemnification
    ☐ Construction Defect
    ☐ Mass Tort
    ☐ Negligent Security
    ☐ Nursing Home Negligence
    ☐ Premises Liability - Commercial
    ☐ Premises Liability - Residential
☐ Products Liability
☐ Real Property/Mortgage Foreclosure
    ☐ Commercial Foreclosure
    ☐ Homestead Residential Foreclosure
    ☐ Non-Homestead Residential Foreclosure
    ☐ Other Real Property Actions
☐ Professional Malpractice
    ☐ Malpractice - Business
    ☐ Malpractice - Medical
    ☐ Malpractice - Other professional

☐ Other
    ☐ Antitrust/Trade Regulation
    ☐ Business Transactions
    ☐ Circuit Civil - Not Applicable
    ☐ Constitutional Challenge - Statute or Ordinance
    ☐ Constitutional Challenge - Proposed amendment
    ☐ Corporate Trust
    ☐ Discrimination - Employment or Other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities Litigation
    ☐ Trade Secrets
    ☐ Trust Litigation
☒ County Civil
    ☒ Small Claims up to $8,000
    ☐ Civil
    ☐ Replevins
    ☐ Evictions
    ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  ☐ Yes  ☑ No

**REMEDIES SOUGHT** (check all that apply):

☒  Monetary;

☒  Non-monetary declaratory or injunctive relief;

☐  Punitive

**NUMBER OF CAUSES OF ACTION**: [     ]

(specify) 2 _____

_____

**IS THIS CASE A CLASS ACTION LAWSUIT**?

☐  Yes

☒  No

**HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒  No

☐  Yes    If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

**IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒  Yes

☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _____  Florida Bar # 118259 _____
    Attorney or party                                      (Bar #, if attorney)

Jibrael S. Hindi _____        10/02/20 _____
(type or print name)                                       Date

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET**

Plaintiff must file this cover sheet with the first document filed in the action or proceeding (except small claims cases, probate, or family cases). Domestic and juvenile cases should be accompanied by a completed Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases. Failure to file a civil cover sheet in any civil case other than those excepted above may result in sanctions.

**I.    Case Style.** Enter the name of the court, the appropriate case number assigned at the time of filing of the original complaint or petition, the name of the judge assigned (if applicable), and the name (last, first, middle initial) of plaintiff(s) and defendant(s).

**II.    Amount of Claim.** Enter the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes and is not considered dispositive of the claim.

**III.    Type of Case.** Place an "X" on the appropriate line. If the cause fits more than one type of case, select the most definitive. If the most definitive label is a subcategory (indented under a broader category label), place an "X" on the category and subcategory lines. Definitions of the cases are provided below in the order they appear on the form.

**Circuit Civil**

(A) Condominium - all civil lawsuits pursuant to Chapter 718, Florida Statutes, in which a condominium association is a party.

(B) Contracts and indebtedness - all contract actions relating to promissory notes and other debts, including those arising from sale of goods, but excluding contract disputes involving condominium associations.

(C) Eminent domain - all matters relating to the taking of private property for public use, including inverse condemnation by state agencies, political subdivisions, or public service corporations.

(D) Auto negligence - all matter arising out of a party's allegedly negligent operation of a motor vehicle.

(E) Negligence-other - all actions sounding in negligence, including statutory claims for relief on account of death or injury, that are not included in other main categories.

(F) Business governance - all matters relating to the management, administration, or control of a company.

(G) Business torts - all matters relating to liability for economic loss allegedly caused by interference with economic or business relationships.

(H) Environmental/Toxic tort - all matters relating to claims that violations of environmental regulatory provisions or exposure to a chemical caused injury or disease.

(I)  Third party indemnification - all matters relating to liability transferred to a third party in a financial relationship.

(J) Construction defect - all civil lawsuits in which damage or injury was allegedly caused by defects in the construction of a structure.

(K) Mass tort - all matters relating to a civil action involving numerous plaintiffs against one or more defendants.

(L) Negligent security - all matters involving injury to a person or property allegedly resulting from insufficient security.

(M) Nursing home negligence - all matters involving injury to a nursing home resident resulting from negligence of nursing home staff or facilities.

(N) Premises liability-commercial - all matters involving injury to a person or property allegedly resulting from a defect on the premises of a commercial property.

(O) Premises liability-residential - all matters involving injury to a person or property allegedly resulting from a defect on the premises of a residential property.

(P) Products liability - all matters involving injury to a person or property allegedly resulting from the manufacture or sale of a defective product or from a failure to warn.

(Q) Real property/Mortgage foreclosure - all matters relating to the possession, title, or boundaries of real property. All matters involving foreclosures or sales of real property, including foreclosures associated with condominium associations or condominium units. (The amount of claim specified in Section II. of the form determines the filing fee pursuant to section 28.241, Florida Statutes.)

(R) Commercial foreclosure - all matters relating to the termination of a business owner's interest in commercial property by a lender to gain title or force a sale to satisfy the unpaid dept secured by the property.

(S) Homestead residential foreclosure - all matters relating to the termination of a residential property owner's interest by a lender to gain title or force a sale to satisfy the unpaid debt secured by the property where the property has been granted a homestead exemption.

(T) Non-homestead residential foreclosure - all matters relating to the termination of a residential property owner's interest by a lender to gain title or force a sale to satisfy the unpaid debt secured by the property where the property has not been granted a homestead exemption.

(U) Other real property actions - all matters relating to land, land improvements, or property rights not involving commercial or residential foreclosure.

(V) Professional malpractice - all professional malpractice lawsuits.

(W) Malpractice-business - all matters relating to a business's or business person's failure to exercise the degree of care and skill that someone in the same line of work would use under similar circumstances.

(X) Malpractice-medical - all matters relating to a doctor's failure to exercise the degree of care and skill that a physician or surgeon of the same medical specialty would use under similar circumstances.

(Y) Malpractice-other professional - all matters relating to negligence of those other than medical or business professionals.

(Z) Other - all civil matters not included in other categories.

(AA) Antitrust/Trade regulation - all matters relating to unfair methods of competition or unfair or deceptive business acts or practices.

(AB) Business transactions - all matters relating to actions that affect financial or economic interests.

(AC) Constitutional challenge-statute or ordinance - a challenge to a statute or ordinance, citing a violation of the Florida Constitution.

(AD) Constitutional challenge-proposed amendment - a challenge to a legislatively initiated proposed constitutional amendment, but excluding challenges to a citizen-initiated proposed constitutional amendment because the Florida Supreme Court has directed jurisdiction of such challenges.

(AE) Corporate trust - all matters relating to the business activities of financial services companies or banks acting in a fiduciary capacity for investors.

(AF) Discrimination-employment or other - all matters relating to discrimination, including employment, sex, race, age, handicap, harassment, retaliation, or wages.

(AG) Insurance claims - all matters relating to claims filed with an insurance company.

(AH) Intellectual property - all matters relating to intangible rights protecting commercially valuable products of the human intellect.

(AI) Libel/Slander - all matters relating to written, visual, oral, or aural defamation of character.

(AJ) Shareholder derivative action - all matters relating to actions by a corporation's shareholders to protect and benefit all shareholders against corporate management for improper management.

(AK) Securities litigation - all matters relating to the financial interest or instruments of a company or corporation.

(AL) Trade secrets - all matters relating to a formula, process, device, or other business information that is kept confidential to maintain an advantage over competitors.

(AM) Trust litigation - all civil matters involving guardianships, estates, or trusts and not appropriately filed in probate proceedings.

**County Civil**

(AN) Civil – all matters involving claims ranging from $8,001 through $30,000 in damages, exclusive of interest, costs, and attorney fees.

(AO) Replevins—all lawsuits pursuant to Chapter 78, Florida Statutes, involving claims up to $30,000.

(AP) Evictions—all matters involving the recovery of possession of leased land or rental property by process of law.

(AQ) Other civil (non-monetary)—includes all other non-monetary county civil matters that were not described in other county civil categories.

---

**IV. Remedies Sought.** Place an "X" in the appropriate box. If more than one remedy is sought in the complaint or petition, check all that apply.

**V. Number of Causes of Action.** If the complaint or petition alleges more than one cause of action, note the number and the name of the cause action.

**VI. Class Action.** Place an "X" in the appropriate box.

**VII. Related Cases.** Places an "X" in the appropriate box.

**VIII. Is the Jury Trial Demanded In Complaint?** Check the appropriate box to indicate whether a jury trial is being demanded in the complaint.

**ATTORNEY OR PARTY SIGNATURE.** Sign the civil cover sheet. Print legibly the name of the person signing the civil cover sheet. Attorneys must include a Florida Bar number. Insert the date the civil cover sheet is signed. Signature is a certification that the filer has provided accurate information on the civil cover sheet, **and has read and complied with the requirements of Florida Rule of Judicial Administration 2.425.**

Filing # 114343160 E-Filed 10/02/2020 01:18:54 PM

## IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

NELLY ROJAS,

      **Plaintiff,**

v.

WINDHAM ASSOCIATES, INC
*d/b/a* NATIONAL ENTERPRISE
SYSTEMS,

      **Defendant.**

_____/

**Case No.:**

**JURY TRIAL DEMANDED**

**INJUNCTIVE RELIEF SOUGHT**

### STATEMENT OF CLAIM

Plaintiff Nelly Rojas ("Plaintiff") sues Defendant Windham Associates, Inc d/b/a National Enterprise Systems ("Defendant") for violations the Fair Debt Collection Practices Act ("FDCPA").

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over Plaintiff and Defendant (collectively, the "Parties") because the cause of action arises within the jurisdiction of this Court and, thus, venue and jurisdiction are proper.

2.    This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Miami-Dade County, Florida.

3.    The amount in controversy is greater than $500.00, but does not exceed $2,500.00, exclusive of costs, interest, and attorneys' fees, and is otherwise within this Court's jurisdiction.

4.    Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Miami-Dade County Florida.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## PARTIES

5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Miami-Dade County, Florida.

6.      Defendant is an Ohio corporation, with its principal place of business located in Solon, Ohio.

## DEMAND FOR JURY TRIAL

7.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

8.      This action involves the debt arising from a transaction between PNC Bank, the original creditor, and Plaintiff, of which was primarily for the personal benefit of Plaintiff, Plaintiff's family, as well as members of Plaintiff's household (the "Consumer Debt").

9.      Plaintiff is the alleged debtor of the Consumer Debt.

10.     Defendant is a debt collector governed by both the FDCPA and FCCPA.

11.     Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

12.     Defendant is a business entity engaged in the business of collecting consumer debts.

13.     Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

14.     Defendant is an entity required to register with the Florida Office of Financial Regulation as a "Consumer Collection Agency" to lawfully collect consumer debts in Florida.

15.     The Consumer Debt is a debt which Defendant must possess a valid Consumer Collection Agency license to lawfully collect or attempt to collect from Plaintiff.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

16.     Defendant is registered with the Florida Office of Financial Regulation as a "Consumer Collection Agency."

17.     Defendant's "Consumer Collection Agency" license number is CCA0900266.

18.     For Defendant's "Consumer Collection Agency" license to remain valid, Defendant is required to maintain, *at minimum*, all records specified in Rule 69V-180.080, Florida Administrative Code, and keep such records current within one week of the current date.

19.     Rule 69V-180.080(3)(e) of the Florida Administrative Code commands that Defendant *shall* maintain: "[t]he debtor's account of activity disclosing… a record of payments made by the debtor, including the date received and the amount and balance owing."

20.     Rule 69V-180.080(9)(a)-(b) of the Florida Administrative Code commands that Defendant *shall* maintain: "basic information about the debt including, at minimum… [d]ocumentation of the debt provided by the creditor," as well as "[t]he date the debt was incurred and the date of the last payment."

21.     Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

22.     The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant does maintain, are current to within one week of the current date.

23.     On or about July 02, 2020, Defendant sent Plaintiff a letter (the "Collection Letter") in an attempt to collect the Consumer Debt from Plaintiff. Attached hereto as Exhibit "A" is a copy of the Collection Letter.

24.     The Collection Letter is a communication from Defendant to Plaintiff in connection with the collection of a debt.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

25.     The Collection Letter represents Defendant's initial communication with Plaintiff in connection with the collection of the Consumer Debt.

26.     The Collection Letter represents an action to collect a debt by Defendant.

27.     Defendant identifies itself as a "debt collector" in the Collection Letter.

28.     In the Collection Letter, Defendant states that it (the Collection Letter) is "an attempt to collect a debt."

## *COUNT I.*
## **VIOLATION OF 15 U.S.C. § 1692g(a)(1) and § 1692e(2)(A)**

29.     Plaintiff incorporates by reference paragraphs 1-28 of this Statement of Claim as though fully stated herein.

30.     Section 1692g of the FDCPA requires debt collectors to make certain disclosures, and/or provide consumers with certain information, depending on the circumstances. In particular, §1692g(a) requires the provision of:

> (4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

> (5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

*See* 15 U.S.C. §1692g(a)(4)-(5).

31.     With respect to the Collection Letter, the following disclosure is presented:

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing at 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2340 within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing at 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2340 within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

*See* <u>Collection Letter</u> at 1.

32.     The FDCPA requires a least sophisticated consumer to provide the debt collector with *written* notice of the consumer's invocation of the rights under § 1692g(a)(4)-(5). Here, the Collection Letter wrongfully limits the least sophisticated consumer to *postal mail* if the consumer seeks to invoke his or her rights under § 1692g(a)(4)-(5).

33.     Put differently, the Collection Letter limits the form of written notice to *postal* mail, and in so doing, wrongfully cause the least sophisticated consumer to believe that he or she *cannot*, for example, provide the Defendant with *written notice* via facsimile or email. As such, by wrongfully limiting the channels through which the least sophisticated consumer may invoke his or her rights pursuant to § 1692g(a)(4)-(5), Defendant violated § 1692g(a)(4)-(5), § 1692g(b), and § 1692e of the FDCPA.

34.     WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

(a)     Statutory damages as provided by 15 U.S.C. § 1692k;

(b)     Costs and reasonable attorneys' fees as provided by 15 U.S.C. § 1692k; and

(c)     Any other relief that this Court deems appropriate and just under the circumstances.

### *COUNT II.*
### <u>VIOLATION OF 15 U.S.C. §§ 1692e and e(10)</u>

35.     Plaintiff incorporates by reference paragraphs 1-28 of this Statement of Claim as though fully stated herein.

36.     Defendant violated §§ 1692e and e(10) of the FDCPA by utilizing false representations and/or deceptive means in an attempt to collect the Consumer Debt and/or obtain

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

information concerning Plaintiff. In short, Defendant wrongfully mislead the least sophisticated consumer into believing he or she was protected and/or entitled to certain rights and/or protections, at law, when, in reality, the consumer was not.

37.     On the front of the Collection Letter, Defendant directs and/or advises all consumers, without limitation, to read the back of the Collection Letter because it contains important information. *See* <u>Collection Letter</u>. ("***NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION***." (emphasis in original)).

38.     It is without question that Defendant's advisory to "*see reverse side for important information*" causes the least sophisticated consumer to believe that the information on the back of the letter is, *in fact*, important for the consumer to know, without reservation or exception.

39.     On the reverse side of the Collection Letter, Defendant lists a series of rights and/or laws as applying to residents of certain states. For example, under the heading "Massachusetts Residents," Defendant states: "<u>NOTICE OF IMPORTANT RIGHTS</u>: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT." *See* <u>Collection Letter</u> (emphasis in original).

40.     Regardless of whether the rights Defendant articulates for "residents" of Massachusetts *is* true, such rights are *true* for residents of Florida. Yet, despite advising Plaintiff to *read the back of the letter because it contains important information*, Defendant did not inform Plaintiff that residents of Florida are *also guaranteed the very same rights*.

41.     Thus, Defendant wrongfully cause the least sophisticated consumer to believe he or she is ***<u>not protected</u>*** by any of the rights and/or protections Defendant articulates on the back of the Collection Letter. *See* <u>Melillo v. Shendell & Assocs., P.A.</u>, 2012 WL 253205, at *6 (S.D. Fla.)

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

("A debt collection letter is deceptive where it can be reasonably read to have two or more different meanings, one of which is inaccurate." (quoting <u>Gonzales v. Arrow Fin. Servs., LLC</u>, 660 F.3d 1055, 1062 (9th Cir. 2011)) (internal quotation marks omitted)); *See, e.g.*, <u>Fuller v. Becker & Poliakoff, P.A.</u>, 192 F. Supp. 2d 1361, 1369 (M.D. Fla. 2002) (a collection letter which stated that "the consumer would incur 'substantial amounts of attorney fees and costs'" if a law suit was filed "is a false representation and misleading to the least sophisticated consumer" because such an outcome is not certain to occur); <u>Gonzales</u>, 660 F.3d 1055 at 1063 ("[c]onditional language, particularly in the absence of any language clarifying or explaining the conditions, does not insulate a debt collector from liability.").

42.     WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

(a)     Statutory damages as provided by 15 U.S.C. § 1692k;

(b)     Costs and reasonable attorneys' fees as provided by 15 U.S.C. § 1692k; and

(c)     Any other relief that this Court deems appropriate and just under the circumstances.

DATED: October 2, 2020

                                        Respectfully Submitted,

                                         /s/ Jibrael S. Hindi
                                        **JIBRAEL S. HINDI, ESQ.**
                                        Florida Bar No.: 118259
                                        E-mail:    jibrael@jibraellaw.com
                                        **THOMAS J. PATTI, ESQ.**
                                        Florida Bar No.: 118377
                                        E-mail:    tom@jibraellaw.com
                                        THE LAW OFFICES OF JIBRAEL S. HINDI
                                        110 SE 6th Street, Suite 1744
                                        Fort Lauderdale, Florida 33301
                                        Phone:     954-907-1136
                                        Fax:        855-529-9540

PAGE | 7 of 7

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

# EXHIBIT "A"

**NATIONAL ENTERPRISE SYSTEMS**

2479 Edison Blvd., Unit A   ◆   Twinsburg, OH 44087-2340
Ph. (800) 925-6142

July 2, 2020

Nelly L Rojas
9350 Fontainebleau Blvd
Apt C612
Miami FL 33172-4297

Current Creditor: PNC Bank
Account Number: ███████████
NES Account Number: ████████ PNC030
Please contact: (800) 925-6142

**Balance: $6,125.06**

The above referenced current creditor has placed your account with our office for collection.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing at 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2340 within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing at 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2340 within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you make payment on this account by check, the face amount of the check may be presented to your bank by paper draft or electronically as permitted by law.

IONNESI02001PNC_ ███████

### *NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION*

***PLEASE COMPLETE AND RETURN THE FORM BELOW WITH YOUR PAYMENT.***

ONNESI02
PO Box 1280
Oaks, PA 19456-1280
ADDRESS SERVICE REQUESTED

Daytime Phone:    (_____) _____ - _____

Evening Phone:    (_____) _____ - _____

104

Nelly L Rojas
9350 Fontainebleau Blvd
Apt C612
Miami FL 33172-4297

NATIONAL ENTERPRISE SYSTEMS
2479 Edison Blvd., Unit A
Twinsburg OH 44087-2340

| | | |
|---|---|---|
| July 2, 2020 | ████████ | **PNC** |
| Account #: | ██████████ | |
| Balance: | $6,125.06 | |

**California Residents:**
The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-Help or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

**Colorado Residents:**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

The National Enterprise Systems, Inc. Resident Manager for the State of Colorado is:
Virtuoso Sourcing Group, LLC
4500 Cherry Creek Drive South, Suite 300
Glendale, Colorado 80246
720-508-8689

**Maine and Massachusetts Residents:**
Office Hours: M-Th 8:00 AM – 7:00 PM EST, Fri 8:00 AM – 4:30 PM EST.
Phone number: 877-603-7165

**Massachusetts Residents:**
NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**Minnesota Residents:**
This collection agency is licensed by the Minnesota Department of Commerce.

**New York State Residents:**
Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to the use or threat of violence; the use of obscene or profane language; and repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: Supplemental security income, (SSI); Social Security; Public assistance (welfare); Spousal support, maintenance (alimony) or child support; Unemployment benefits; Disability benefits; Workers' compensation benefits; Public or private pensions; Veterans' benefits; Federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**New York City Residents:**
New York City Department of Consumer Affairs License Number: 1129025
Phone number: 877-603-7165
Compliance Department Manager: Eric Thut

**North Carolina Residents:**
N.C. Permit No. 101691. 29125 Solon Road, Solon, OH 44139
N.C. Permit No. 112832. 2479 Edison Blvd., Unit A, Twinsburg, OH 44087
N.C. Permit No. 113131. 150 East Campus View Blvd., Suite 280, Columbus, OH 43235

**Tennessee Residents:**
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Wisconsin Residents:**
This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

Filing # 114343160 E-Filed 10/02/2020 01:18:54 PM

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | NOTICE TO APPEAR FOR PRETRIAL CONFERENCE (File in Quadruplicate) | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ OTHER | | 2020-022308SP05<br><br>SP05 SECTION NO. |

| PLAINTIFF(S)<br>NELLY ROJAS | VS.  DEFENDANT(S)<br>WINDHAM ASSOCIATES, INC d/b/a N | SERVICE |
|---|---|---|

DEFENDANT(S) TO BE SERVED AT:

CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASSEE, FL

32301-2525

CLOCK IN

STATE OF FLORIDA

NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at:

73 West Flagler St., Miami, Florida, Sixth Floor, Courtroom 6-4 on _Jan. 27_, 20 _21_.

at _10:30_ _A_ M., for pretrial conference before a Judge of this Court. Section # _08_.

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**IMPORTANT-READ CAREFULLY**

**THE CASE WILL NOT BE TRIED AT THAT TIME.**

**DO NOT BRING WITNESSES — APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

**IMPORTANT – SEE REVERSE**

CLK/CT. 389 Rev.04/15

Clerk's w

S-3695968 - JJL PROCESS
WINDHAM ASSOCIATES,

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:**

1. **Where the contract was entered into.**

2. **If the suit is on an unsecured promissory note, where the note is signed or where the maker resides.**

3. **If the suit is to recover property or to foreclosure a lien, where the property is located.**

4. **Where the event giving rise to the suit occurred.**

5. **Where any one or more of the defendants sued reside.**

6. **Any location agreed to in a contract.**

7. **In any action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

| HARVEY RUVIN<br>CLERK OF THE COURTS | BY: CRAIG LEWIS<br>DEPUTY CLERK | DATE<br>NOV 1 8 2020 |
|---|---|---|
| COPY TO  ☐ Mailed  ☐ Hand-Delivered  ☐ Plaintiff<br><br>☐ Attorney  ☐ Process Server  ☐ Sheriff | | COURT<br>SEAL |

**FILED BY:**

**ADDRESS:**

**TELEPHONE:**

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IMPORTANT – SEE REVERSE**

# IMPORTANT INSTRUCTIONS FOR SMALL CLAIMS HEARINGS DUE TO THE COVID – 19 PANDEMIC

## Downtown Courthouse

## YOUR HEARING WILL TAKE PLACE
## BY VIDEO OR PHONE BY USING ZOOM

## <u>DO NOT GO TO THE COURTHOUSE</u>

## YOU WILL NOT BE LET IN DUE TO COVID 19!
## LOOK AT THE DATE AND TIME ON YOUR SUMMONS TO KNOW WHEN TO LOG INTO ZOOM

<u>**INSTRUCTIONS FOR YOUR VIRTUAL COURT APPEARANCE BY ZOOM**</u>

1. **YOUR HEARING WILL TAKE PLACE ON THE DAY AND TIME THAT IS ON YOUR SUMMONS YOU RECEIVED WITH THESE INSTRUCTIONS BUT IT WILL TAKE PLACE BY ZOOM – NOT IN PERSON AT THE COURTHOUSE.**
Zoom is **free** to all users. You can access Zoom using a computer, tablet, or smartphone. Alternatively, you may use a regular phone, which will allow you to appear by phone, but not by video.

*Follow these Instructions:*

1. **At the time of your hearing, log into Zoom as follows.**
   *To access the Virtual Courtroom using a computer, tablet, or smartphone:*
   1. Your computer, tablet, or smartphone must have a camera and microphone and it must be connected to the internet
   2. Open an internet browser and go to https://zoom.us/j/9146193014 to be taken directly to the Virtual Courtroom
      or
   3. Log in to your registered Zoom account and enter meeting ID 914 619 3014

   *To access the Virtual Courtroom using only a telephone:*
   1. Dial 1-786-635-1003
   2. When prompted, enter meeting ID 914 619 3014 and press #
   3. You do not need a participant ID

The date and time on the summons is the same. The only change is how the hearing will be held.

## YOU MUST APPEAR IN THE VIRTUAL COURTROOM BY ZOOM, NOT AT THE COURTHOUSE AT THE TIME LISTED ON THE FIRST PAGE OF YOUR SUMMONS.

## FAILURE TO APPEAR ON ZOOM FOR YOUR SCHEDULED HEARING MAY RESULT IN A JUDGMENT BEING ISSUED AGAINST YOU.

**See next page for further information**

2. **FURTHER INFORMATION CAN BE OBTAINED BY CONTACTING THE DIVISION YOUR CASE IS ASSIGNED TO**
Contact information for the divisions is provided below, and can also be found on the Court's website at www.jud11.flcourts.org. You can find the assigned division judge by looking at the first page of your summons, looking the case up online, or calling the clerk's office at 305-275-1155.

3. **IT IS STRONGLY ADVISED THAT YOU SIGN UP WITH THE E-FILING PORTAL at:**
https://www.myflcourtaccess.com/default.aspx
Registering in the E-Filing portal will ensure that you receive all information and updates about your case. This is the best way to provide your contact information and file documents with the Court. Please also make sure you check your emails and mailboxes for important Court information.

You can also sign up to receive text message alerts about court hearings at:
https://cmap.jud11.flcourts.org/ebench/textNotificationsRegistration.jsp

4. **WAIVER OF APPEARANCE BY REPRESENTED PARTIES**
If both parties are represented by counsel and have agreed to waive appearances, please e-file your stipulation and submit an agreed order via courtMAP. Once you have submitted an agreed order, there is no need to appear at the Pre-Trial Conference. However, please check the website of the division Judge to make sure you are in compliance with that Judge's specific procedures.

5. **RESOLVING YOUR CASE**
If you want to resolve your case prior to your hearing, you may be able to do so. The attorney for the other party may have sent you a letter asking if you want to resolve your case without a hearing. If you want to do so, review the terms of that document carefully, make sure you understand it and, if you agree, sign where stated. Mail it back to the attorney and the attorney will then notify the Court and you will receive an order of dismissal without a hearing. You may also contact the attorney for the other party and talk to them about how you may settle this case.

## DIVISION CONTACT INFORMATION

**Judge Michael Barket**
Division 01

Judicial Assistant: Lisandra Pernas
Phone Number: 305-349-7091
E-Mail: LPernas@Jud11.FLCourts.org

**Judge Miesha Darrough**
Division 02

Judicial Assistant: Fredrika Jean-Pierre
Phone Number: 305-349-7127
E-Mail: FJean-Pierre@Jud11.FLCourts.org

**Judge Diana Gonzalez-Whyte**
Division 04

Judicial Assistant: Carolina Valenzano
Phone Number: 305-349-7113
E-Mail: CValenzano@Jud11.FLCourts.org

**Judge Luis Perez-Medina**
Division 06

Judicial Assistant: Kevin Riles
Phone Number: 305-349-7148
E-Mail: KRiles@Jud11.FLCourts.org

**Judge Maria Ortiz**
Division 08

Judicial Assistant: Nadine Fresin
Phone Number: 305-349-7012
E-Mail: NFresin@Jud11.FLCourts.org

**See next page for ADA information**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Aliean Simpkins, L.E.T Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## VERIFIED RETURN OF SERVICE

Attorney: JIBREAL S. HINDI, PLLC, 110 SE 6TH STREET, 17TH FLOOR, (561) 542-8550

Court: SMALL CLAIMS COURT, COUNTY OF MIAMI-DADE

Case No: **2020-022308-SP-05**
Court Date/Time: 01/27/2021 / 10:30 AM
Court Room: 6-4

Plaintiff/Petitioner: **NELLY ROJAS**

vs.

Defendant/Respondent: **WINDHAM ASSOCIATES, INC d/b/a NATIONAL ENTERPRISE SYSTEMS**

Received by CHRISTOPHER KADY on the 2nd day of December 2020 at 10:50 AM to be served on:

**WINDHAM ASSOCIATES, INC d/b/a NATIONAL ENTERPRISE SYSTEMS CORPORATION SERVICE COMPANY**
1201 HAYS STREET
TALLAHASSEE, FL 32301 (Leon)

I, **CHRISTOPHER KADY** , affirm and say that on the 2nd day of December, 2020 at 11:20 AM, executed service in Leon County by delivering a true copy of the **SUMMONS, SMALL CLAIMS PRETRIALS NEW PROCEDURES AND COMPLAINT** at the address above, in accordance with state statutes in the manner indicated below.

**CORPORATE SERVICE: F.S. 48.081(3)(a) :** delivered to **Ronnie Long (REGISTERED AGENT)**

Service was made on the agent designated by the corporation under F.S. 48.091.

The person served was of the age of 15 or older and was advised of the contents.

I certify that I am of legal age, I have no interest in the above action and that I am a certified or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. F.S.92.525(2)

Attempts and Service Comments:
· 1201 HAYS STREET , TALLAHASSEE, FL 32301:
12/2/2020 11:20 AM: Service Liaison

Description of the person served: Female, White,
Blonde hair, Approx. Age: 30 years, Approx. Height: 5 ft
7 in., Approx. Weight: 140 lbs. Other Features: Glasses

X 

Date: 12/16/20

CHRISTOPHER KADY
Process Server #: 237, bx0003505
2957 CAPITAL PARK DR SUITE 7
TALLAHASSEE, FL, 32301
(850) 727-4363

**Atty File#: 2020-022308-SP-05**
**Job ID#: 3695968**



3695968  3695968  3695968  3695968  3695968  2

Filing # 114343160 E-Filed 10/02/2020 01:18:54 PM

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | NOTICE TO APPEAR FOR PRETRIAL CONFERENCE | CASE NUMBER |
|---|---|---|
| ☒ CIVIL | | 2020-022308-SP-05 |
| ☐ OTHER | (File in Quadruplicate) | |
| | | SP05 SECTION NO. |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | SERVICE |
|---|---|---|
| NELLY ROJAS | WINDHAM ASSOCIATES, INC d/b/a N | |

**DEFENDANT(S) TO BE SERVED AT:**

CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASSEE, FL

32301-2525

CLOCK IN

**STATE OF FLORIDA**

**NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at:

73 West Flagler St., Miami, Florida, Sixth Floor, Courtroom 6-4 on Jan. 27 , 20 21.

at 10:30 A M., for pretrial conference before a Judge of this Court. Section # 08 .

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**IMPORTANT-READ CAREFULLY**

**THE CASE WILL NOT BE TRIED AT THAT TIME.**

**DO NOT BRING WITNESSES — APPEAR IN PERSON OR BY ATTORNEY**

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case

**IMPORTANT – SEE REVERSE**

CLK/CT. 389 Rev.04/15                                              Clerk's w




S-3695968 - JJL PROCESS
WINDHAM ASSOCIATES,

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:**

1. **Where the contract was entered into.**

2. **If the suit is on an unsecured promissory note, where the note is signed or where the maker resides.**

3. **If the suit is to recover property or to foreclosure a lien, where the property is located.**

4. **Where the event giving rise to the suit occurred.**

5. **Where any one or more of the defendants sued reside.**

6. **Any location agreed to in a contract.**

7. **In any action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

| | | DATE |
|---|---|---|
| **HARVEY RUVIN**<br>**CLERK OF THE COURTS** | BY: _____<br>DEPUTY CLERK | NOV 1 8 2020 |

| COPY TO | ☐ Mailed | ☐ Hand-Delivered | ☐ Plaintiff | **COURT SEAL** |
|---|---|---|---|---|
| | ☐ Attorney | ☐ Process Server | ☐ Sheriff | |

**FILED BY:**

**ADDRESS:**

**TELEPHONE:**

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**IMPORTANT – SEE REVERSE**



# MIAMI-DADE COUNTY CLERK OF THE COURTS
## HARVEY RUVIN

Contact Us    My Account

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**NELLY ROJAS VS WINDHAM ASSOCIATES, INC**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2020-022308-SP-05 | **Filing Date:** | 10/02/2020 |
| **State Case Number:** | 132020SC022308000005 | **Judicial Section:** | CC08 |
| **Consolidated Case No.:** | N/A | **Case Type:** | SP Other Negligence (Up to $5,000) |
| **Case Status:** | OPEN | | |

## 👥 Parties

Total Of Parties: 2

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | Rojas, Nelly | **B#:  (Bar Number)**118377<br>**N:  (Attorney Name)**Patti, Thomas J, ESQ | |
| Defendant | Windham Associates, Inc | | |

## 🔧 Hearing Details

Total Of Hearings: 1

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
|---|---|---|---|---|
| 01/27/2021 | 10:30AM | SPPTC | Small Claims Pre-Trial Conference | DCC-County Courtroom 6-4 73 West Flagler Street |

## 📶 Dockets

Total Of Dockets: 12

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | | 01/27/2021 | | Small Claims Pre-Trial Conference | Hearing | |
| 📄 | 10 | 12/17/2020 | | Service Returned | Event | |
| | 9 | 11/19/2020 | | Receipt: | Event | **RECEIPT#:2040055 AMT PAID:$10.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 2139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:CHECK TENDER AMT:$10.00 RECEIPT DATE:11/19/2020 REGISTER#:204 CASHIER:TCOBB** |
| | | 11/18/2020 | | SP Pre Trial Summons Issued | Service | |
| 📄 | 8 | 11/18/2020 | | Pre Trial Summons | Event | Parties: Windham Associates Inc |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 7 | 10/03/2020 | | Receipt: | Event | **RECEIPT#:2730259 AMT PAID:$175.00 NAME:PATTI, THOMAS J, ESQ 110 SE 6TH ST STE 1700 FORT LAUDERDALE FL 33301-5047 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 2100-COUNTY FILING FEE 1 $175.00 $175.00 TENDER TYPE:E-FILING ACH TENDER** |
| | 6 | 10/02/2020 | | Request for Production | Event | |
| | 5 | 10/02/2020 | | Notice of Interrogatory | Event | |
| | 4 | 10/02/2020 | | Statement of Claim | Event | |
| | 3 | 10/02/2020 | | Civil Cover Sheet - Claim Amount | Event | |
| | 2 | 10/02/2020 | | Notice: | Event | |
| | 1 | 10/02/2020 | | Civil Cover Sheet - Claim Amount | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



## HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2020 Clerk of the Courts. All rights reserved.

