UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25303

**NELLY ROJAS**,

     Plaintiff,

v.

**WINDHAM ASSOCIATES, INC.,** *doing business as* **NATIONAL ENTERPRISE SYSTEMS**,

     Defendant.

_____/

## **PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Nelly Rojas ("Plaintiff") provides notice of the following supplemental authority in support of Plaintiff's *pending* Motion to Remand [D.E. 5] and states:

1. On December 30, 2020, Defendant Windham Associates, Inc., *doing business as* National Enterprise Systems invoked this Court's jurisdiction by way of removal. *See* D.E. 1.

2. On January 6, 2020, Plaintiff filed the Motion to Remand [D.E. 5] now pending before this Court due to lack of subject matter-jurisdiction, as Plaintiff lacks Article III standing.

3. Subsequent to the filing of Plaintiff' Motion to Remand, Defendant Windham Associates, Inc., *doing business as* National Enterprise Systems ("Defendant") filed its Answer and Affirmative Defenses on January 6, 2020, wherein "[Defendant] **affirmatively alleges, in the alternative, that Plaintiff may lack standing to bring one or more of the claims alleged in the Complaint**." *See* D.E. 6 at 8, ¶ 2 (emphasis added).

4. Attached as Exhibit "A" is a copy of Defendant's Answer and Affirmative Defenses.

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: January 8, 2021

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377