**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-CV-25303

NELLY ROJAS

    Plaintiff
v.

WINDHAM ASSOCIATES, INC.,
*doing business* as NATIONAL
ENTERPRISE SYSTEMS

    Defendant.

_____/

**JOINT MOTION TO REOPEN CASE**

Plaintiff Nelly Rojas and Defendant Windham Associates, Inc., *doing business as* Enterprise Systems (collectively, the "Parties") submit this Joint Motion to Reopen the above-captioned action and, in support thereof, state:

1. On October 02, 2020, Plaintiff Nelly Rojas ("Plaintiff") sued Defendant Windham Associates, Inc. *doing business as* Enterprise Systems for violating, *inter alia*, the Fair Debt Collection Practices Act ("FDCPA") in *small claims* in Miami-Dade County, Florida (original case no. 2020-022308-SP-05).

2. On December 30, 2020, Defendant removed Plaintiff's case to this Court. D.E. 1.

3. On January 04, 2021, this Court issued the *paperless* Pretrial Order, D.E. 3, governing the schedule of the above-captioned action (the "Scheduling Order").

4. Pursuant to the Scheduling Order, the Parties were required to conduct a *joint scheduling conference* within twenty (20) days of January 04, 2021, and within ten (10) days of conducting said conference, the Parties were required to file their *joint scheduling report*.

5. On January 13, 2021, the Parties conducted the necessary *joint scheduling conference* and prepared a *joint scheduling report* reflective of the Parties' conference.

6. Although the Parties timely conducted the necessary *joint scheduling conference*, as well as prepared the requisite *joint scheduling report*, the Parties inadvertently neglected to file it as required by this Court. *See* D.E. 3.

7. On February 26, 2021, this Court, upon *sua sponte* examination of the record, recognized the Parties' failure to timely file their *joint scheduling report*, and in light thereof, dismissed the above-captioned action, *without* prejudice, and instructed that "[t]he Parties may move to reopen this matter upon the Parties filing a joint scheduling report." D.E. 15.

8. The Parties, respectfully, apologize to this Court for their joint failure to abide by the Scheduling Order, as such was an inadvertent error. The Parties, indeed, conducted a *joint scheduling conference* and, indeed, prepared a *joint scheduling report*, but, nevertheless, failed to timely file said *joint scheduling report* as required by this Court.

9. Neither Plaintiff, nor Defendant, have been prejudiced by the Parties inadvertent failure to file the requisite *joint scheduling report*.

10. Consistent with this Court's Order, D.E. 15, the Parties have now filed their *joint scheduling report* and, in light thereof, now submit this Joint Motion to Reopen.

WHEREFORE, Plaintiff and Defendant, respectfully, ask that this Court *reopen* this case and reinstate Plaintiff's Motion to Remand [D.E. 5] and the Parties respective reply, response, and supplemental authority thereto, *see* D.E. 7; D.E. 8; D.E. 9; D.E. 10; and D.E. 13; or, in the alternative, allow the Parties to refile said Motion and related filings, including Defendant's Sur-Reply [D.E. 13], for this Court's consideration.

Dated: March 10, 2021

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:         855-529-9540

*COUNSEL FOR PLAINTIFF*

 /s/   Barbara   Fernandez
BARBARA FERNANDEZ, ESQ.
Florida Bar No.: 493767
E-mail: Bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
2525 Ponce De Leon Boulevard
Suite 400
Miami, FL 33156-2741
Phone:    305-358-7747

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377